IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case Number: 4:14-cv-8-D

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF STRATEGIC ENERGY SERVICES, LLC and STRATEGIC ENERGY SERVICES, LLC (IN ITS OWN CAPACITY),<br><br>  Plaintiff,<br><br>v.<br><br>ACE ELECTRIC, INC.; HARTFORD CASUALTY INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; LIBERTY MUTUAL INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>  Defendants. | **CONSENT ORDER** |

This matter comes before the Court upon the consent of the parties for an order staying the captioned litigation as to Defendants Travelers Casualty and Surety Company Of America, Fidelity And Deposit Company Of Maryland, Liberty Mutual Insurance Company, and Federal Insurance Company.

IT IS HEREBY ORDERED, based on the record, the consent of the parties, judicial economy, and good cause shown, that the captioned action be stayed as to the Defendants Travelers Casualty and Surety Company Of America, Fidelity And Deposit Company Of Maryland, Liberty Mutual Insurance Company, and Federal Insurance Company *only*. The captioned action shall continue to proceed as to all other parties. The stayed portion of the lawsuit is stayed until (a) the issue of liability is determined

between Plaintiff and Defendant Ace Electric (or its surety, Hartford) or (b) the Court grants a motion by any of the parties to lift the stay.

SO ORDERED. This __6__ day of May 2014.

                                                JAMES C. DEVER III
                                                Chief United States District Judge