THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-cv-8-D

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF STRATEGIC ENERGY SERVICES, LLC and STRATEGIC ENERGY SERVICES, LLC (in its own capacity),<br><br>Plaintiffs,<br><br>v.<br><br>ACE ELECTRIC, INC., HARTFORD CASUALTY INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, LIBERTY MUTUAL INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY LITIGATION |

This matter came before the Court on Defendant Ace Electric, Inc.'s ("Ace") Motion to Compel Arbitration and Stay Litigation. Upon consideration of Ace's motion and the briefs of counsel, the Court finds it appropriate to grant Ace's motion.

WHEREFORE, it is ORDERED that Ace's Motion to Compel Arbitration and Stay Litigation is GRANTED. It is further ORDERED that

1. Ace and SES shall arbitrate their dispute in accordance with the arbitration agreement set forth in the parties' written sub-subcontract.

2. Pursuant to the arbitration agreement, the arbitration shall be conducted in Valdosta, Georgia.

3. This action shall be stayed as to all remaining Defendants.

4. The Court shall retain jurisdiction over this action pending the outcome of the arbitration. Upon conclusion of the arbitration, the Court will conduct such proceedings as may be appropriate to bring this matter to conclusion.

AND IT IS SO ORDERED, this 6 day of May, 2014.

The Honorable James C. Dever, III
Chief Judge, United States District Court
Eastern District of North Carolina