UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use ) <br> of STRATEGIC ENERGY SERVICES, LLC, ) <br> and STRATEGIC ENERGY SERVICES, LLC, ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> ACE ELECTRIC, INC., HARTFORD ) <br> CASUALTY INSURANCE COMPANY, ) <br> TRAVELERS CASUALTY AND SURETY ) <br> COMPANY, FIDELITY AND DEPOSIT ) <br> COMPANY OF MARYLAND, LIBERTY ) <br> MUTUAL INSURANCE COMPANY, and ) <br> FEDERAL INSURANCE COMPANY, ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:14-CV-8-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs' claims against the surety defendants derive from plaintiffs' claims against Ace. Accordingly, plaintiffs' failure to prosecute their claims against Ace also constitutes a failure to prosecute their claims against the surety defendants. Thus, plaintiffs' claims against Ace and the surety defendants are dismissed with prejudice. In sum, defendants' motion to dismiss [D.E. 55] is GRANTED. Plaintiffs' complaint is DISMISSED with prejudice.

**This Judgment Filed and Entered on August 5, 2016, and Copies To:**

| | |
|---|---|
| Erik M. Rosenwood | (via CM/ECF Notice of Electronic Filing) |
| Mark V. Hanrahan | (via CM/ECF Notice of Electronic Filing) |
| David R. Cook, Jr. | (via CM/ECF Notice of Electronic Filing) |
| L. Phillip Hornthal, III | (via CM/ECF Notice of Electronic Filing) |
| Robert Jason Herndon | (via CM/ECF Notice of Electronic Filing) |

DATE:                                  JULIE RICHARDS JOHNSTON, CLERK

August 5, 2016                  (By) /s/ Nicole Briggeman

                                                Deputy Clerk